IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASMINE LASHAY JONES<br>aka James Gregory Jones<br><br>Defendant. | Case No. 2:20-mj-64-EFB<br><br>[PROPOSED] ORDER<br>Date: April 6, 2020<br>Time: 2:00 p.m.<br>Judge: Kendall J. Newman |

Having considered the defendant's request and the government's non-opposition to the request it is hereby:

ORDERED, that Ms. Jones shall be detained; it is further,

ORDERED, that her case is transmitted to the Central District of California for further proceedings on the Supervised Release violation petition filed on January 4, 2006; it is further,

ORDERED, that the order of transport of Ms. Jones to the Central District of California is stayed until May 4, 2020; it is further,

ORDERED, that the status hearing scheduled for April 6, 2020, is hereby vacated.

Dated: April 3̶0̶/ , 2020

_____
United States Magistrate Judge Edmund F. Brennan

JASMINE JONES / Status & Request